In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-441 CR


____________________



LARRY JAMES HORTON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. 18,436






MEMORANDUM OPINION



 Larry James Horton appealed from a sentence imposed on January 4, 2006. Horton
filed notice of appeal with the trial court on August 16, 2007, more than ninety days from the
date of sentencing and outside the time allowed for requesting an extension of time for filing
notice of appeal. We did not receive a response to our notice that the appeal had not been
timely perfected.

 The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P.
26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It
does not appear that appellant obtained an out-of-time appeal from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.



 

 _____________________________

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered October 10, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.